IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| IN RE: | * |
| DENNIS BROWN and ANDRENA BROWN, | * |
| | *   Case No. 11-23649 |
| Debtors | |
| | *   (Chapter 7) |

* * * * * * * * * * * * * * * * * * * * * * * * *

DISCLOSURE OF COMPENSATION OF COUNSEL TO THE DEBTOR PURSUANT TO BANKRUPTCY RULE 2016(b)

Pursuant to 11 U.S.C. §329(a) and F.R.Bankr.P. 2016(b), I certify that I am the attorney for the above named debtors and that the compensation paid to me within one year prior to the filing of the debtor's petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with this bankruptcy case is as follows:

1. Subject to the approval of the Court of my substitution upon the agreed terms of retention, I have been paid a retainer of $3,500.00 which will serve as the flat fee for general representation in this Chapter 7 case, excluding adversary proceedings, and which will be applied as work is performed. This sum is being held in escrow pending a ruling on a motion for substitution of counsel. The debtors have further agreed to reimburse any out-of-pocket expenses incurred in connection with this representation.

2. The funds were provided by the debtors.

3. I have not agreed to share compensation with any other person.

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtors in this bankruptcy case.

1

ACKNOWLEDGED:

_____/s/ Dennis Brown
DENNIS BROWN


_____/s/ Andrena Brown
ANDRENA BROWN

DATED:  8/22/2011

      _____/s/ Stanton J. Levinson
Stanton J. Levinson
Federal Bar No. 01031
2730 University Boulevard West
Suite 201
Silver Spring, MD 20902
Phone 301-949-0039
Fax 301-949-0042
Email tiger110@earthlink.net


CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served electronically via the Court's CM/ECF system or by first class mail, postage prepaid, this 24th day of August, 2011, on Michael G. Wolff, Trustee, Goren, Wolff & Orenstein, P.A., 15245 Shady Grove Road, Suite 465, North Lobby, Rockville, MD 20850.


      _____/s/ Stanton J. Levinson
Stanton J. Levinson