## United States Bankruptcy Court
## District of Maryland

**IN RE:**                                                    Case No. **11-23649-PM**

**Brown, Dennis & Brown, Andrena** _____    Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 436,800.00 | | |
| B - Personal Property | Yes | 5 | $ 35,595.93 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 994,169.26 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 205,068.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 182,828.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 12,150.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 10,092.50 |
| TOTAL | | 20 | $ 472,395.93 | $ 1,382,066.84 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## District of Maryland

**IN RE:**                                                          Case No. **11-23649-PM**

**Brown, Dennis & Brown, Andrena**                                 Chapter **7**
_____
Debtor(s)

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brown, Dennis & Brown, Andrena**                    Case No. **11-23649-PM**
_____
Debtor(s)                                                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence at 12510 Woodsong Lane, Mitchellville, MD 20721.** | **Fee Simple** | **J** | **436,800.00** | **780,296.03** |
| | | **TOTAL** | **436,800.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brown, Dennis & Brown, Andrena** _____        Case No. **11-23649-PM**
Debtor(s)                                                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Currency** | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account xxxx5961 at Suntrust Bank** | J | 25.00 |
| | | **Checking account xxxxxx5329 at TD Bank** | J | 20.00 |
| | | **Checking account xxxxxxx8909 at Suntrust Bank** | J | 100.00 |
| | | **Checking account xxxxxx9555 at Suntrust Bank** | J | 20.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit posted with DRRM Largo Town Center LLC in connection with lease of 2/10/03 of space at Largo Town Center to Dennis and Andrena Brown; property is used by debtor Dennis Brown's business, Dennis Brown Shaolin Wu-Shu Training Center, Inc.** | J | 11,433.33 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **altar table** | J | 90.00 |
| | | **bar set w/stools and umbrella** | J | 800.00 |
| | | **bar stools (3)** | J | 360.00 |
| | | **buffet** | J | 500.00 |
| | | **chairs (2) in solarium** | J | 90.00 |
| | | **chest** | J | 25.00 |
| | | **cocktail table** | J | 300.00 |
| | | **corner table** | J | 50.00 |
| | | **curio cabinet** | J | 450.00 |
| | | **dinette set** | J | 200.00 |
| | | **dining table /chairs** | J | 1,500.00 |
| | | **end table** | J | 150.00 |
| | | **Family room TV** | J | 2,000.00 |
| | | **futon** | J | 700.00 |
| | | **king chairs in living room (2)** | J | 360.00 |
| | | **love seats (2)** | J | 400.00 |
| | | **loveseat** | J | 1,100.00 |
| | | **master bedroom TV** | J | 290.00 |
| | | **Miscellaneous dishes, glassware, and kitchen/dining utensils** | J | 22.00 |
| | | **ottoman** | J | 200.00 |
| | | **outdoor bistro set** | J | 300.00 |
| | | **outdoor dining table with chairs (6) and umbrella** | J | 400.00 |
| | | **outdoor love seat** | J | 130.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Brown, Dennis & Brown, Andrena**                                    Case No. **11-23649-PM**
_____
Debtor(s)                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | outdoor side table | J | 80.00 |
| | | patio umbrella and stand | J | 155.00 |
| | | recliner/rocker | J | 900.00 |
| | | sofa | J | 1,200.00 |
| | | sofa | J | 250.00 |
| | | tea cart | J | 700.00 |
| | | tea table | J | 150.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books (100) | J | 100.00 |
| | | Miscellaneous DVD's (15) | J | 15.00 |
| 6. Wearing apparel. | | belts (4) | H | 12.00 |
| | | boots (2 pr) | H | 10.00 |
| | | boots (2 pr) | W | 20.00 |
| | | casual shirts (10) | H | 30.00 |
| | | casual shoes (6 pr) | H | 30.00 |
| | | coat | H | 10.00 |
| | | coats (4) | W | 25.00 |
| | | dress jackets (2) | W | 10.00 |
| | | dress shirts (10) | H | 30.00 |
| | | dress shoes (4 pr) | W | 20.00 |
| | | dress shoes (5 pr) | H | 50.00 |
| | | dresses (7) | W | 35.00 |
| | | jeans (7 pr) | W | 35.00 |
| | | Miscellaneous costume jewelry | W | 100.00 |
| | | purses (4) | W | 6.00 |
| | | sandals (4 pr) | W | 12.00 |
| | | slacks (3 pr) | H | 15.00 |
| | | sneakers (2 pr) | W | 10.00 |
| | | socks (20 pr) | H | 1.00 |
| | | suit | W | 25.00 |
| | | suits (6) | H | 180.00 |
| | | sweat shirts (5) | H | 10.00 |
| | | sweat suits (5) | H | 25.00 |
| | | sweaters (10) | H | 30.00 |
| | | sweaters (5) | W | 15.00 |
| | | t-shirts (10) | H | 10.00 |
| | | ties (8) | H | 16.00 |
| | | workout pants (2 pr) | W | 4.00 |
| 7. Furs and jewelry. | | Miscellaneous costume jewelry | W | 100.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Brown, Dennis & Brown, Andrena**                                   Case No. **11-23649-PM**
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **bicycle** | J | 50.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100 percent ownership interest in Dennis Brown Shaolin Wu-Shu Training Center, Inc., currently the debtor in Chapter 11 case 11-26830 (D. Md). The debtor believes that this entity would probably have no value in the event of a liquidation; therefore value is listed as zero. However, the LLC's accountant is still in the process of determining whether or not the LLC has value, and if so, what the value is.** | H | 0.00 |
| | | **Debtor Dennis Brown holds a 100 percent interest as a member in Martial Venture LLC, a Virginia limited liability company which is no longer operating and is the debtor in a Chapter 7 case pending in the U.S. Bankruptcy Court for the Eastern District of Virginia, Case No. 11--15140. The debtor believes that there would be no surplus as a result of the liquidation of this entity; therefore the interest is valued at zero.** | H | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Brown, Dennis & Brown, Andrena**                                    Case No. **11-23649-PM**
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1989 Jaguar XJS w/ 101,731 miles | J | 1,640.00 |
| | | 2000 Mercedes-Benz C230 sedan with 133,141 miles | J | 2,950.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | AB/Back | H | 134.70 |
| | | back hyper extension | H | 50.70 |
| | | barbell plates | H | 74.00 |
| | | bicep/triceps | H | 95.80 |
| | | dumbbells | H | 40.60 |
| | | Dyna Pak E-10 | H | 660.00 |
| | | Elip machine | H | 1,549.50 |
| | | Keys strength trainer | H | 50.00 |
| | | leg press/hack squat | H | 269.70 |
| | | power tech leverage squat | H | 134.70 |
| | | seated calf machine | H | 74.70 |
| | | seated row machine | H | 80.70 |
| | | stationary bicycle | H | 1,149.50 |
| | | vertical knee raise | H | 50.00 |
| | | vertical leg press | H | 50.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Brown, Dennis & Brown, Andrena**                                    Case No. **11-23649-PM**
_____
Debtor(s)                                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **35,595.93** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brown, Dennis & Brown, Andrena**                                    Case No. **11-23649-PM**
_____
Debtor(s)                                                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| altar table | ACM, C & JP § 11-504(b)(4)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 45.00<br>90.00 | 90.00 |
| bar set w/stools and umbrella | ACM, Constit. Art. III § 43, 3 B.R. 559 | 800.00 | 800.00 |
| bar stools (3) | ACM, C & JP § 11-504(b)(4)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 180.00<br>360.00 | 360.00 |
| buffet | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 250.00<br>500.00 | 500.00 |
| chairs (2) in solarium | ACM, Constit. Art. III § 43, 3 B.R. 559 | 90.00 | 90.00 |
| chest | ACM, Constit. Art. III § 43, 3 B.R. 559 | 25.00 | 25.00 |
| cocktail table | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 150.00<br>300.00 | 300.00 |
| corner table | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 25.00<br>50.00 | 50.00 |
| curio cabinet | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 225.00<br>450.00 | 450.00 |
| dinette set | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 100.00<br>200.00 | 200.00 |
| dining table /chairs | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 750.00<br>1,500.00 | 1,500.00 |
| end table | ACM, C & JP § 11-504(b)(4)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 75.00<br>150.00 | 150.00 |
| Family room TV | ACM, C & JP § 11-504(b)(4)<br>ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 852.00<br>148.00<br>2,000.00 | 2,000.00 |
| futon | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 350.00<br>700.00 | 700.00 |
| king chairs in living room (2) | ACM, C & JP § 11-504(b)(4)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 180.00<br>360.00 | 360.00 |
| love seats (2) | ACM, C & JP § 11-504(b)(4)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 300.00<br>400.00 | 400.00 |
| loveseat | ACM, C & JP § 11-504(b)(4)<br>ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 296.00<br>244.00<br>1,100.00 | 1,100.00 |
| master bedroom TV | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 145.00<br>290.00 | 290.00 |
| Miscellaneous dishes, glassware, and kitchen/dining utensils | ACM, C & JP § 11-504(b)(4)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 22.00<br>22.00 | 22.00 |
| ottoman | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 100.00<br>200.00 | 200.00 |
| outdoor bistro set | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 150.00<br>300.00 | 300.00 |
| outdoor dining table with chairs (6) and umbrella | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 200.00<br>400.00 | 400.00 |
| outdoor love seat | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 65.00<br>130.00 | 130.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* _Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

IN RE __Brown, Dennis & Brown, Andrena__                                    Case No. __11-23649-PM__
_____
           Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| outdoor side table | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 40.00<br>80.00 | 80.00 |
| patio umbrella and stand | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 77.00<br>155.00 | 155.00 |
| recliner/rocker | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 450.00<br>900.00 | 900.00 |
| sofa | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 600.00<br>1,200.00 | 1,200.00 |
| sofa | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 125.00<br>250.00 | 250.00 |
| tea cart | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 350.00<br>700.00 | 700.00 |
| tea table | ACM, C & JP § 11-504(b)(5)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 75.00<br>150.00 | 150.00 |
| bicycle | ACM, C & JP § 11-504(b)(4)<br>ACM, Constit. Art. III § 43, 3 B.R. 559 | 50.00<br>50.00 | 50.00 |
| 1989 Jaguar XJS w/ 101,731 miles | ACM, C & JP § 11-504(b)(5) | 1,640.00 | 1,640.00 |
| 2000 Mercedes-Benz C230 sedan with 133,141 miles | ACM, C & JP § 11-504(b)(5) | 2,950.00 | 2,950.00 |
| AB/Back | ACM, C & JP § 11-504(b)(1) | 134.70 | 134.70 |
| back hyper extension | ACM, C & JP § 11-504(b)(1) | 50.70 | 50.70 |
| barbell plates | ACM, C & JP § 11-504(b)(1) | 74.00 | 74.00 |
| bicep/triceps | ACM, C & JP § 11-504(b)(1) | 95.80 | 95.80 |
| dumbbells | ACM, C & JP § 11-504(b)(1) | 40.60 | 40.60 |
| Dyna Pak E-10 | ACM, C & JP § 11-504(b)(1) | 660.00 | 660.00 |
| Elip machine | ACM, C & JP § 11-504(b)(1) | 1,549.50 | 1,549.50 |
| Keys strength trainer | ACM, C & JP § 11-504(b)(1) | 50.00 | 50.00 |
| leg press/hack squat | ACM, C & JP § 11-504(b)(1) | 269.70 | 269.70 |
| power tech leverage squat | ACM, C & JP § 11-504(b)(1) | 134.70 | 134.70 |
| seated calf machine | ACM, C & JP § 11-504(b)(1) | 74.70 | 74.70 |
| seated row machine | ACM, C & JP § 11-504(b)(1) | 80.70 | 80.70 |
| stationary bicycle | ACM, C & JP § 11-504(b)(1) | 1,149.50 | 1,149.50 |
| vertical knee raise | ACM, C & JP § 11-504(b)(1) | 50.00 | 50.00 |
| vertical leg press | ACM, C & JP § 11-504(b)(1) | 50.00 | 50.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** Brown, Dennis & Brown, Andrena                Case No. **11-23649-PM**
_____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DRRM Largo Town Center, LLC C/O Developers Diversified Realty Corp. 3300 Enterprise Pkwy. Beachwood, OH  44122** | | J | **Debtors are the tenants of commercial space at Largo Town Center; creditor is the lessor.  Claim is estimated only.**<br><br>VALUE $ **11,433.33** | | | | 211,728.03 | 200,294.70 |
| ACCOUNT NO.<br><br>**Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA  19101-7346** | | W | **Miscellaneous tax liabilities secured by tax lien filed 9/14/2010.**<br><br>VALUE $ **10,028.00** | | | | 199,332.63 | 189,304.60 |
| ACCOUNT NO.<br><br>**Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA  19101-7346** | | H | **Federal tax lien recorded 5/25/10.**<br><br>VALUE $ **23,236.60** | | | | 2,145.20 | |
| ACCOUNT NO.<br><br>**Prince George's County, Maryland C/O Meyers, Rodbell & Rosenbaum, P.A. 6801 Kenilworth Ave. Ste 400 Riverdale, MD  20737-1385** | | J | **Real estate taxes on debtors' residence**<br><br>VALUE $ **436,800.00** | | | | 7,725.40 | |

_____**1** continuation sheets attached

Subtotal
(Total of this page)  $ **420,931.26**  $ **389,599.30**

Total
(Use only on last page)  $ _____  $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brown, Dennis & Brown, Andrena**                                    Case No. **11-23649-PM**
_____
                        Debtor(s)                                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxx2578**<br><br>**Wells Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA 50306** | | J | **Loan secured by deed of trust on debtors' residence at 12510 Woodsong Lane, Mitchellville, MD 20721**<br><br>VALUE $ **436,800.00** | | | | **573,238.00** | **144,163.00** |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. _____**1**___ of _____**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **573,238.00** | $ **144,163.00** |
|---|---|---|---|
|  | Total (Use only on last page) | $ **994,169.26** | $ **533,762.30** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Brown, Dennis & Brown, Andrena _____   Case No. **11-23649-PM**
_____
<small>Debtor(s)</small>                                                    <small>(If known)</small>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Brown, Dennis & Brown, Andrena**                                          Case No. **11-23649-PM**
_____
Debtor(s)                                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA  19101-7346** | | W | | | | | 2,341.22 | 2,341.22 | |
| ACCOUNT NO.<br><br>**Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA  19101-7346** | | H | **Payroll and income taxes** | | | | 202,727.66 | 202,727.66 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **205,068.88**  $ **205,068.88**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **205,068.88**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **205,068.88**  $

**IN RE** Brown, Dennis & Brown, Andrena _____  Case No. **11-23649-PM**
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Viridian #xxxxxx3392**<br><br>**Baltimore Gas & Electric**<br>**P.O. Box 13070**<br>**Philadelphia, PA  19101** | | J | | | | | **480.61** |
| ACCOUNT NO. **xxxxxx0904**<br><br>**Beta Finance Co. C/O**<br>**National Finance Group**<br>**6110 Executive Blvd., Ste. 100**<br>**Rockville, MD  20852** | | J | | | | | **2,387.99** |
| ACCOUNT NO. **xxxxxxxxxx6796**<br><br>**Bowie Health Center**<br>**P.O. Box 1780**<br>**Bowie, MD  20716** | | W | | | | | **330.00** |
| ACCOUNT NO. **xxxx xxxx xxxx 6473**<br><br>**Capital One Bank**<br>**P.O. Box 71083**<br>**Charlotte, NC  28272-1083** | | H | **Visa credit card** | | | | **3,020.92** |

　**3** continuation sheets attached

Subtotal
(Total of this page)  $ **6,219.52**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Dennis & Brown, Andrena**                    Case No. **11-23649-PM**
_____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CC-Loudoun Holdings, LLC**<br>**C/O Mitchell B. Weitzman, Esq.**<br>**1120 20th St. N.W., South Tower**<br>**Washington, DC  20036** | X | J | **Lease rejection claim related to Martial Ventures, LLC, for commercial space rented by that company in Virginia, with debtors' personal guaranty.** | | | | **130,929.93** |
| ACCOUNT NO. **xxxxxxxxxx97-01-9**<br>**Comcast**<br>**9609 Annapolis Road**<br>**Lanham, MD  20706** | | H | | | | | **0.00** |
| ACCOUNT NO.<br>**Dream House Windows**<br>**11600 Crossroads Circle, Ste. H**<br>**Whitemarsh, MD  21220** | | J | | | | | **6,600.00** |
| ACCOUNT NO.<br>**Federal Title Corp.**<br>**101 E. Chesapeake Ave. #201**<br>**Towson, MD  21286** | | J | **2004 judgment** | | | | **3,507.12** |
| ACCOUNT NO.<br>**George G. Turner, III**<br>**4215-B Knox Road**<br>**College Park, MD  20740** | | J | **Judgment 7/13/99; judgment has now expired by operation of law.** | | | X | **9,975.00** |
| ACCOUNT NO. **xxxxN061**<br>**Grace Care LLC**<br>**P.O. Box 338**<br>**St. Leonard, MD  20685** | | W | | | | | **36.81** |
| ACCOUNT NO. **xxx1933**<br>**GW Medical Fac. Associates C/O**<br>**J.P. Recovery Services, Inc.**<br>**P.O. Box 16749**<br>**Rocky River, OH  44116** | | H | | | | X | **664.78** |

Sheet no. _____**1**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **151,713.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Dennis & Brown, Andrena**                                    Case No. **11-23649-PM**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx xxxx xxxx 1942**<br>**HSBC Card Services<br>P.O. Box 80084<br>Salinas, CA  93912** | | H | **MasterCard credit card charges** | | | | 2,831.00 |
| ACCOUNT NO.<br>**LVNV Funding LLC<br>15 S. Main Street<br>Greenville, SC  29601** | | H | **Judgment 1/25/10** | | | | 2,102.94 |
| ACCOUNT NO.<br>**Midland Funding, LLC<br>C/O Neal J. Markowitz, Esquire<br>7350-B Grace Drive<br>Columbia, MD  21044** | | J | **2009 judgment obtained as assignee of Aero Card.** | | | | 1,871.78 |
| ACCOUNT NO.<br>**Midland Funding, LLC<br>C/O Jillian K. Aylward<br>702 King Farm Blvd. #500<br>Rockville, MD  20850** | | H | **2008 judgment as assignee of Direct Merchant Bank.** | | | | 6,089.48 |
| ACCOUNT NO. **xxxxxxWA01**<br>**Orthocare Solution, Inc.<br>P.O. Box 84090<br>Gaithersburg, MD  20883** | | W | | | | | 116.36 |
| ACCOUNT NO.<br>**Press, Potter & Dozier, LLC<br>7910 Woodmont Ave. Ste 1350<br>Bethesda, MD  20814** | | J | **Legal representation in case involving Mr. Brown's business.** | | | | 7,195.72 |
| ACCOUNT NO. **xx126**<br>**Rankin Ortho & Sports Medicine<br>1160 Varnum St., N.E., Ste 312<br>Washington, DC  20017** | | W | | | | | 1,332.95 |

Sheet no. _____ **2** of _____ **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 21,540.23

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brown, Dennis & Brown, Andrena**                    Case No. **11-23649-PM**
_____
　　　　　　　　　Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xx77**<br><br>**Ricardo Pyfrom, M.D.**<br>**6035 Burke Cnt. Parkway #390**<br>**Burke, VA 22015** | | W | | | | | 238.03 |
| ACCOUNT NO.<br><br>**The Country Club At Woodmore**<br>**12320 Pleasant Prospect Rd.**<br>**Mitchellville, MD 20721** | | H | | | | | 2,351.82 |
| ACCOUNT NO. **xxxxxx6020**<br><br>**TruGreen**<br>**P.O. Box 9001501**<br>**Louisville, KY 40290-1501** | | H | | | | | 330.00 |
| ACCOUNT NO. **xxxxxxxxx84 60N**<br><br>**Verizon**<br>**P.O. Box 660720**<br>**Dallas, TX 75266** | | W | | | | | 189.99 |
| ACCOUNT NO. **xxxxx 8015**<br><br>**Washington Gas**<br>**Customer Care**<br>**6801 Industrial Rd.**<br>**Springfield, VA 22151** | | W | | | | | 245.47 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**3**___ of _____**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,355.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **182,828.70**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Brown, Dennis & Brown, Andrena _____    Case No. **11-23649-PM**
Debtor(s)                                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **DRRM Largo Town Center, LLC**<br>**C/O Developers Diversified Realty Corp.**<br>**3300 Enterprise Pkwy.**<br>**Beachwood, OH  44122** | **Lease on commercial space at Largo Town Center.** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brown, Dennis & Brown, Andrena**                                    Case No. **11-23649-PM**
_____
                    Debtor(s)                                                                                (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Martial Ventures, LLC**<br>**C/O Dennis Brown**<br>**12510 Woodsong Lane**<br>**Mitchellville, MD** | **CC-Loudoun Holdings, LLC**<br>**C/O Mitchell B. Weitzman, Esq.**<br>**1120 20th St. N.W., South Tower**<br>**Washington, DC  20036** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

**IN RE** Brown, Dennis & Brown, Andrena      Case No. **11-23649-PM**
      Debtor(s)                                     (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)    DEBTOR    SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and Social Security | $ _____ | $ _____ |
|    b. Insurance | $ _____ | $ _____ |
|    c. Union dues | $ _____ | $ _____ |
|    d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ **0.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ **6,000.00** | $ **5,900.00** |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) **Average Monthly Commissions From Prepaid Legal Services, Inc** | $ **250.00** | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **6,250.00** | $ **5,900.00** |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **6,250.00** | $ **5,900.00** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)      $ **12,150.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor and spouse each anticipate that income will drop for each of them by approximately $1,000.00 due to the reduced activity of the Dennis Brown Shaolin Wu-Shu Training Center.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** Brown, Dennis & Brown, Andrena _____ Case No. **11-23649-PM** _____
Debtor(s)                                                      (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                           $ _____5,525.50
   a. Are real estate taxes included?    Yes _✓_  No ____
   b. Is property insurance included?   Yes _✓_  No ____
2. Utilities:
   a. Electricity and heating fuel                                                              $ _____490.00
   b. Water and sewer                                                                           $ _____115.00
   c. Telephone                                                                                 $ _____213.00
   d. Other  **Verizon** _____                                                  $ _____212.00
   _____                                                   $ _____
3. Home maintenance (repairs and upkeep)                                                         $ _____300.00
4. Food                                                                                          $ _____600.00
5. Clothing                                                                                      $ _____25.00
6. Laundry and dry cleaning                                                                      $ _____25.00
7. Medical and dental expenses                                                                   $ _____270.00
8. Transportation (not including car payments)                                                   $ _____400.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                              $ _____
10. Charitable contributions                                                                      $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
   a. Homeowner's or renter's                                                                 $ _____
   b. Life                                                                                     $ _____
   c. Health                                                                                   $ _____788.00
   d. Auto                                                                                     $ _____307.00
   e. Other _____                                                               $ _____
   _____                                                   $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
   (Specify) **State And Federal Payroll Taxes**                                              $ _____600.00
   _____                                                   $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
   a. Auto                                                                                     $ _____
   b. Other _____                                                               $ _____
   _____                                                   $ _____
14. Alimony, maintenance, and support paid to others                                              $ _____
15. Payments for support of additional dependents not living at your home                         $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)  $ _____
17. Other  **Comcast** _____                                                        $ _____222.00
   _____                                                   $ _____
   _____                                                   $ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.          | $ _____10,092.50 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
   a. Average monthly income from Line 15 of Schedule I                                        $ _____12,150.00
   b. Average monthly expenses from Line 18 above                                              $ _____10,092.50
   c. Monthly net income (a. minus b.)                                                         $ _____2,057.50

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Brown, Dennis & Brown, Andrena _____ Case No. **11-23649-PM** _____
Debtor(s)                                                                                 (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 12, 2011** _____ Signature: _/s/ Dennis Brown_ _____
                                                        **Dennis Brown**                                    Debtor

Date: **September 12, 2011** _____ Signature: _/s/ Andrena Brown_ _____
                                                        **Andrena Brown**                               (Joint Debtor, if any)
                                                                              [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                    _____
                                    (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only